UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────
MIAMI HOME LLC,

                Plaintiff,

    -against-

MAGDA VIERA,

                Defendant.
─────────────────────────────────

**ORDER**

**18-CV-1398 (NGG) (SJB)**

NICHOLAS G. GARAUFIS, United States District Judge.

Pending before the court is Plaintiff Miami Home LLC's motion for default judgment against Defendant Magda Viera. (*See* Mot. for Def. J. (Dkt. 37).) This motion was referred to Magistrate Judge Sanket J. Bulsara for a report and recommendation ("R&R"). (*See* Jan. 4, 2022 Order Referring Mot.) Judge Bulsara issued the annexed R&R on April 4, 2022, recommending the court deny Plaintiff's motion. (*See* R&R (Dkt. 38).)

No party has objected to Judge Bulsara's R&R, and the time to do so has passed. *See* Fed. R. of Civ. P. 72(b)(2). Therefore, the court reviews the R&R for clear error. *See Velasquez v. Metro Fuel Oil Corp.*, 12 F. Supp. 3d 387, 397 (E.D.N.Y. 2014). Having found none, the court ADOPTS the R&R in full and DENIES Plaintiff's motion for default judgment. Before Plaintiff is permitted to file any other motion, it is DIRECTED to file a letter in accordance with Judge Bulsara's instruction. (*See* R&R at 13.)

SO ORDERED.

Dated:    Brooklyn, New York
           May 26, 2022

                                        /s/ Nicholas G. Garaufis
                                        NICHOLAS G. GARAUFIS
                                        United States District Judge